UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BROOKS BANKER,

                     Plaintiff,

-against-

AMY AI, 51 WEST 81ST STREET CORP.,
RUDD REALTY MANAGEMENT CORP.,
ESTHER ZELMANOVITZ, STANLEY TISCHLER
AND LOIS EBIN,

                     Defendants.
------------------------------------------------------------x
LOIS EBIN,

                   Third-Party Plaintiff,

-against-

JULIA M. HEILMAN,

                   Third-Party Defendant.
------------------------------------------------------------x

Index No.: 06CV 4998 (BSJ) (FSM)

**CONSENT TO CHANGE ATTORNEYS - DEFENDANT LOIS EBIN**

**IT IS HEREBY CONSENTED THAT** Adam Leitman Bailey, P.C., be substituted as attorneys of record on behalf of Defendant Lois Ebin, in place and stead of the law firm of Wasserman Grubin & Rogers LLP as of the date hereof. Facsimile signatures shall gave the same force and effect herein as original signatures.

Dated: New York, New York
       November 26, 2008

_____
Wasserman Grubin & Rogers LLP
BY: Richard Wasserman, Esq.
   James Joyce
*Outgoing Attorneys for Lois Ebin*
1700 Broadway, 42nd Floor
New York, New York 10019
(212) 581-3320
Fax: (212) 956-5255
Email: jjoyce@wgrlaw.com

_____
Adam Leitman Bailey, P.C.
BY: Colin E. Kaufman, Esq.
*Incoming Attorneys for Lois Ebin*
120 Broadway, 17th Floor
New York, NY 10271
Tel: 212-825-0365
Fax: 212-825-0999
Email: cekaufman@alblawfirm.com

_____
Lois Ebin

TO:    Brooks Banker, Jr.
Brooks Banker
*Attorneys for Plaintiff Brooks Banker*
551 Fifth Avenue, Suite 2800
New York, New York 10176
(212) 972-0534
Fax: 212-972-0620
Email: abberley@aol.com

Chad Lathrop Edgar
Dawn M. Cardi & Associates
*Attorneys for Defendant Amy Ai*
2 Park Avenue, 19th Floor
New York, New York 10016
(212) 481-7770
Fax: (212) 684-3008
Email: cledgar03@yahoo.com

Dawn Marcella Cardi
Dawn M. Cardi & Associates
*Attorneys for Defendant Amy Ai*
2 Park Avenue, 19th Floor
New York, New York 10016
(212) 481-7770
Fax: (212) 684-3008
Email: cardiesq@aol.com

Robert I. Cantor
Cantor Epstein & Degenshein, LLP
*Attorneys for Defendant 51 West 81st Street Corp.*
*and Rudd Realty Management*
49 West 37th Street
New York, New York 10018
(212) 768-4343
Fax: (212) 719-0717
Email: cantor@ced-law.com

Joan Martino Faley
L'Abbate, Balkan, Colavita & Contini, LLP (Garden City)
*Attorneys for Defendant Esther Zelmanowitz*
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530
(516) 294-8844
Fax: (516) 294-8202
Email: jfaley@lbcclaw.com

Peter David Rigelhaupt
L'Abbate, Balkan, Colavita & Contini, LLP
*Attorneys for Defendant Esther Zelmanowitz*
1050 Franklin Avenue
Garden City, New York 11530
(516) 837-7386
Fax (516) 294-8202
Email: prigelhaupt@bcclaw.com

Robert Giusti
Robert Giusti, Esq. & Associates, PLLC
*Attorneys for Defendant Stanley Tischler*
42-40 Bell Blvd., Suite 601
Bayside, New York 11361
(718) 224-5431
Fax: (718) 224-2938
Email: rfgiustiesquire@aol.com

James Lawrence Joyce
Wasserman Grubin & Rogers LLP
*Outgoing Attorneys for Defendant/*
*Third-party Plaintiff Lois Ebin*
1700 Broadway, 42nd Floor
New York, New York 10019
(212) 581-3320
Fax: (212) 956-5255
Email: jjoyce@wgrlaw.com

John H. Somoza
Melito & Adolfsen, P.C.
*Attorneys for*
233 Broadway
New York, New York 10279
(212) 238-8900
Fax: (212) 238-8999
Email: jhs@melitoadolfsen.com

Eleftherios Kravaris
Melito & Adolfsen, P.C.
*Attorneys for Third-Party Defendant*
*Julia M. Heilman*
233 Broadway
New York, New York 10279
(212) 238-8932
Fax: (212) 238-8999
Email: tk@melitoadolfsen.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BROOKS BANKER,                                                            Index No.: 06 CV 4998 (BSJ) (FSM)

                        Plaintiff,

        -against-                                                         **AFFIDAVIT OF**
                                                                          **SERVICE**
AMY AI, 51 WEST 81ST STREET CORP., RUDD
REALTY MANAGEMENT CORP., ESTHER
ZELMANOVITZ, STANLEY TISCHLER AND
LOIS EBIN,

                        Defendants,
------------------------------------------------------------------------x
LOIS EBIN,

                        Third-Party Plaintiff,

        -against-

JULIA M. HEILMAN,

                        Third-Party Defendant.
------------------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

   **JEANETTE RIVERA-SOTO,** being duly sworn, deposes and says:

   1.   I am not a party to this action, am over eighteen (18) years of age, and have a business address at 120 Broadway, 17th Floor, New York, New York 10271.

   2.   On December 5, 2008, I served the within **CONSENT TO CHANGE ATTORNEY – DEFENDANT LOIS EBIN** upon:

Brooks Banker, Jr.
Brooks Banker
551 Fifth Avenue, Suite 2800
New York, New York 10176
(212) 972-0534
Fax: 212-972-0620
Email: abberley@aol.com

Chad Lathrop Edgar
Dawn M. Cardi & Associates
2 Park Avenue, 19th Floor
New York, New York  10016
(212) 481-7770
Fax: (212) 684-3008
Email: cledgar03@yahoo.com

Dawn Marcella Cardi
Dawn M. Cardi & Associates
2 Park Avenue, 19th Floor
New York, New York 10016
(212) 481-7770
Fax: (212) 684-3008
Email: cardiesq@aol.com

Robert I. Cantor
Cantor Epstein & Degenshein, LLP
49 West 37th Street
New York, New York  10018
(212) 768-4343
Fax: (212) 719-0717
Email: cantor@ced-law.com

Joan Martino Faley
L'Abbate, Balkan, Colavita & Contini, LLP
(Garden City)
1001 Franklin Avenue
3rd Floor
Garden City, New York 11530
(516) 294-8844
Fax: (516) 294-8202
Email: prigelhaupt@lbcclaw.com

Peter David Rigelhaupt
L'Abbate, Balkan, Colavita & Contini
1050 Franklin Avenue
Garden City, New York 11530
(516) 837-7386
Fax (516) 294-8202
Email: prigelhaupt@bcclaw.com

Robert Giusti
Robert Giusti, Esq. & Associates, PLLC
42-40 Bell Blvd., Suite 601
Bayside, New York 11361
(718) 224-5431
Fax: (718) 224-2938
Email: rfgiustiesquire@aol.com

James Lawrence Joyce
Wasserman Grubin & Rogers LLP
1700 Broadway, 42nd Floor
New York, New York 10019
(212) 581-3320
Fax: (212) 956-5255
Email: jjoyce@wgrlaw.com

John H. Somoza
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
(212) 238-8900
Fax: (212) 238-8999
Email: jhs@melitoadolfsen.com

Eleftherios Kravaris
Melito & Adolfsen, P.C.
233 Broadway
New York, New York 10279
(212) 238-8932
Fax: (212) 238-8999
Email: tk@melitoadolfsen.com

by enclosing a copy of same in a postage-paid wrapper properly addressed to the recipient and depositing the wrapper in an official despository within the exclusive care and custody of the United States Postal Service within the City, County, and the State of New York by First Class Mail.

_____
JEANETTE RIVERA-SOTO

Sworn to before me this
5th day of December 2008

_____
Notary Public

COLIN E. KAUFMAN
Notary Public, State of New York
No. 02KA4914706
Qualified in Westchester County
Commission Expires Nov. 23, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

BROOKS BANKER,

          Plaintiff,

    -against-

AMY AI, 51 WEST 81ST STREET CORP., RUDD
REALTY MANAGEMENT CORP., ESTHER
ZELMANOVITZ, STANLEY TISCHLER AND
LOIS EBIN,

          Defendants,
---------------------------------------------------------------x
LOIS EBIN,

          Third-Party Plaintiff,

    -against-

JULIA M. HEILMAN,

          Third-Party Defendant.
---------------------------------------------------------------x

Index No.: 06 CV 4998 (BSJ) (FSM)

**CONSENT TO CHANGE
ATTORNEYS –DEFENDANT
LOIS EBIN**

    *Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated: December 1, 2008*        *Signature:* _____

                                  *Print Signer's: Adam Leitman Bailey, Esq.*

---

**ADAM LEITMAN BAILEY, P.C.**
Office and Post Office Address
120 Broadway, 17th Floor
New York, New York 10271
(212) 825-0365