UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BROOKS BANKER,

                Plaintiff,

    vs.

AMY AI, 51 WEST 81ST STREET CORP., RUDD
REALTY MANAGEMENT CORP., ESTHER
ZELMANOVITZ, STANLEY TISCHLER, LOIS
EBIN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:06-CV-04998

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is hereby substituted as counsel of record for defendant Ami Ai in the above captioned matter. Accordingly, all correspondence, notices, pleadings, motions, discovery items or other documents or materials related to the above captioned action henceforth shall be served upon and addressed to:

        Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
        150 East 42nd Street
        New York, NY 10017
        (212) 490-3000
        (212) 490-3038 (fax)

        Attention: Edward J. Boyle

Dated:    New York, New York
           October 14, 2009

3752708.1

          Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: *Edward J. Boyle* (signature)
Edward J. Boyle
William J. Kelly
Attorneys for Defendant Amy Ai
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, New York 10017

To: Brooks Banker, Jr.
Brooks Banker
Attorney for Plaintiff
551 Fifth Avenue, Suite 2800
New York, New York 10176
(212) 972-0534

Robert I. Cantor, Esq.
Attorneys for Defendants
51 West 81st Street Corp. and
Rudd Realty Management Corp.
Cantor Epstein & Degenshein, LLP
49 West 37th Street
New York, NY 10018

Joan M. Faley, Esq.
Attorneys for Defendant Esther Zelmanovitz
L'Abbate, Balkan, Colavita & Contini, LLP
10001 Franklin Avenue, 3rd Floor
Garden City, NY 11530

Robert Giusti, Esq.
Attorneys for Defendant Stanley Tischler
Robert Giusti, Esq. & Associates, PLLC
42-40 Bell Blvd., Suite 601
Bayside, NY 11361

3752708.1

Colin E. Kaufman, Esq.
Attorneys for Defendant and
Cross Defendant Lois Ebin
Adam Leitman Bailey, PC
120 Broadway, 17th Floor
New York, NY 10271

John H. Somoza, Esq.
Attorneys for Third-Party Defendant Julia M. Heilman
Melito & Adolfsen, P.C.
233 Broadway
New York, NY 10279

3752708.1