UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Brooks Banker, Sr.

          Plaintiff(s),

    -against-

Amy Ai, et al

          Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-09

ORDER OF DISCONTINUANCE

06 Civ. 4998 (BSJ)(FM)

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               October 30, 2009

                                          FRANK MAAS
                                     United States Magistrate Judge

Attorney(s) for Plaintiff
Brooks Banker, Jr

Attorney(s) for Defendant
Edward J Boyle

Agreed and Consented to:

Brooks Banker, Sr.

Agreed and Consented to:

Amy Ai

ORDER OF DISCONTINUANCE           Page Two            Date: 10-30-09

Case: Banker v. Ai

Docket No.: 06 CV 4998  (BSJ) (FM)

Additional Parties:

_[signature: Robert Giusto]_
Attorney(s) for Stanley Tischler

_[signature]_
Attorney(s) for 51 W 91 St. Corp.; Robb Realty

Agreed and Consented to:

_[signature]_

_[signature]_
Attorney(s) for Julia Heulmer

Agreed and Consented to:
51 West 81st Street Corp.
B: _[signature]_ Alan Schren, Pres.

_[signature]_
Attorney(s) for Esther Zelmanowitz

Agreed and Consented to:

_[signature]_

_[signature: Adan Leitman Bailey]_
Attorney(s) for Lois Chu

Agreed and Consented to:

Attorney(s) for _____

Agreed and Consented to:

_[signature: Lois Chin]_

Agreed and Consented to: